Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Name of debtor:** Anna L. Soroka

**Case Number:** 09-B-18025-425

**Chapter 13**

**Trustee:** Marilyn O. Marshall

**Judge:** Eugene R. Wedoff

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 05/03/2013

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

**Name of creditor:** TBW MTG CORP DEBTOR IN As Serviced by RoundPoint Mortgage Servicing Corporation

**Last four digits** of any number you use to identify the debtor's account: xxxxxx9987

### 1. Pre-Petition Arrears - Court claim no. (if known): N/A  (Docket Entry #31)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the prepetition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
- Amount of pre-petition arrears due at filing: _____
- Amount received from the Chapter 13 Trustee: _____
- Pre-Petition arrears remaining due: _____

### 2. Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:
- Post-petition amounts remaining due: _____

### 3. Sign Here

Print Name: Paul W. Cervenka
Title: Authorized Agent for RoundPoint Mortgage Servicing Corporation
Company: Buckley Madole, P.C.

/s/ Paul W. Cervenka
Signature

Address and telephone number:

05/24/2013
Date

P. O. Box 829009
Dallas, Texas 75382-9009

Telephone: ((972) 643-6600     Email: NFCInquiries@BuckleyMadole.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before May 24, 2013

**Debtor**  *Via U.S. Mail*
Anna L. Soroka
5113 North East River Road, Apartment K3
Chicago, Illinois 60656-2626

**Debtors' Attorney**
Timothy K Liou
Liou Law Firm
605 West Madison Street
Suite 331
Chicago, IL  60661-2453

**Chapter 13 Trustee**
Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, Illinois 60604

**US Trustee**
Office of the US Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois  60604

                                          Respectfully Submitted,

                                          /s/ Paul W. Cervenka